**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **Tiffany Star Fletcher** | § | Case No.18-60621 |
| SSN:xxx-xx-4591 | § | |
| 1824 East Faulkner Street | § | Chapter 13 |
| Tyler, TX 75701 | § | |
| | § | |
| **DEBTOR** | § | |

**NOTICE OF CONVERSION OF CASE TO CHAPTER 7**
**UNDER SECTION 1307(a)**

The debtor, by her attorney, represent and state as follows:

1. The debtor is no longer able to comply with their Chapter 13 plan and do not desire to modify the plan.

2. The debtor qualifies as a debtor under Chapter 7 of Bankruptcy Code.

3. Under section 1307(a) of the Bankruptcy Code, the debtor is entitled to convert her Chapter 13 case to a case under Chapter 7 at any time, and the debtor now wishes to convert this Chapter 13 case to a case under Chapter 7.

4. The conversion to Chapter 7 is being made in good faith by the debtor.

WHEREFORE, the debtor, pursuant to Rule 1017(d) of the Rules of Bankruptcy Procedures, hereby give notice of the conversion of this Chapter 13 case to a case under Chapter 7 of the Bankruptcy Code.

Dated: April 12, 2021

/s/ Gordon Mosley
Gordon Mosley
SBN: 00791311
Attorney for Debtor(s)
4411 Old Bullard Rd. Suite 700
Tyler TX  75703
(903) 534-5396 (903) 581-4038 Fax

## CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the foregoing document has been served upon the following parties in interest by mailing a copy of the same via first class mail and/or electronic notification on 12th day of April, 2021 and, to all parties on the attached matrix.

                                          /s/ Gordon Mosley\_\_\_\_\_
                                          GORDON MOSLEY

**Trustee:**
United States Trustee
110 North College Suite 300
Tyler TX  75702

**Trustee:**
Office of the Chapter 13 Trustee
Lloyd Kraus
110 N. College, Ste. 1200
Tyler TX  75710

**Debtor(s):**
Ms. Tiffany Star Fletcher
1824 East Faulkner Street
Tyler, TX 75701